Northern District Of Ohio
U.S. Bankruptcy Court
Federal Building & US Courthouse
10 East Commerce Street
Youngstown, OH 44503
**Case No. 24–40415–tnap**

**In re:**
Marquis Brandon Lindsey
3935 Ayrshire Dr.
Youngstown, OH 44511

**Social Security No.:**
xxx–xx–1502

### FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Andrew W. Suhar is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** August 2, 2024
Form ohnb136a